IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.J., an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>G6 HOSPITALITY, LLC, et al.,<br><br>    Defendants. | Case No. 22-cv-03765-MMC<br><br>**ORDER GRANTING IN PART AND REFERRING TO MAGISTRATE JUDGE IN PART PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY; DIRECTIONS TO PARTIES** |

Before the Court is plaintiff's "Motion for Protective Order and Leave to Proceed Anonymously," filed June 25, 2022.[1] Defendants Choice Hotels International, Inc., Hilton Domestic Operating Company Inc., and Marriott International, Inc. have filed a joint response, in which defendants CCMH Properties II LLC and 2066 Bishop Drive Ground Owner LP have joined. Defendant BRE Newton Hotels Property Owner LLC has filed a separate response. Having read and considered the papers filed in support of and in response to the motion, the Court rules as follows:

1. To the extent plaintiff's motion seeks an order allowing plaintiff to proceed under the pseudonym B.J., the motion is hereby GRANTED, and all parties are DIRECTED to refer to plaintiff by said pseudonym in all documents filed in the public record.

2. To the extent plaintiff's motion seeks an order (a) conditioning disclosure of her identity to defendants on issuance of a protective order with terms agreeable to plaintiff and (b) limiting defendants' ability to make use of her identity in the course of discovery,

---

[1] On August 5, 2022, the above-titled action was reassigned to the undersigned.

the motion, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

**IT IS SO ORDERED.**

Dated: September 2, 2022

MAXINE M. CHESNEY
United States District Judge