UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.J.,<br><br>    Plaintiff,<br><br>    v.<br><br>G6 HOSPITALITY, LLC, et al.,<br><br>    Defendants. | Case No. 22-cv-03765-MMC   (SK)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY**<br><br>Regarding Docket Nos. 2, 77 |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Sallie Kim for discovery. The parties must comply with the Standing Order for Magistrate Judge Kim, which is available on the Court's website at http://www.cand.uscourts.gov/sk.

The parties are advised that the Court will only address discovery disputes that are presented by a joint letter brief in compliance with the Court's Standing Order after the parties have meet and conferred. The discovery motion file before this matter was referred to the undersigned is HEREBY DENIED without prejudice. (Dkt. No. 2.) Please contact the Courtroom Deputy Clerk Melinda Lock at (415) 522-4158 with any questions.

**IT IS SO ORDERED**.

Dated: September 6, 2022

_____
SALLIE KIM
United States Magistrate Judge