| | |
|---|---|
| William H. Cross (SBN: 337801)<br>Brian J. Perkins (SBN: 315870)<br>Angela Jennifer Nehmens (SBN: 309433)<br>LEVIN SIMES ABRAMS LLP<br>1700 Montgomery Street, Suite 250<br>San Francisco, CA 94111<br>Telephone: +1.415.426.3000<br>Email: wcross@levinsimes.com<br>Email: bperkins@levinsimes.com<br>Email: anehmens@levinsimes.com<br><br>Attorneys for Plaintiff<br>B.J.<br><br>Alexandra N. Burgess (SBN: 279328)<br>Angela C. Agrusa (SBN: 131337)<br>Shannon E. Dudic (SBN: 261135)<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA 90067<br>Telephone: +1.310.595.3000<br>Email: Alexis.Burgess@us.dlapiper.com<br>Email: Angela.Agrusa@us.dlapiper.com<br>Email: Shannon.Dudic@dlapiper.com<br><br>Attorneys for Defendant<br>G6 HOSPITALITY LLC<br><br>Ellen E. Dew, *Pro Hac Vice*<br>Michael P. O'Day, *Pro Hac Vice*<br>DLA PIPER LLP (US)<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, MD 21209<br>Telephone: +1.410.580.3000<br>Email: ellen.dew@us.dlapiper.com<br>Email: michael.oday@us.dlapiper.com<br><br>Amanda L. Morgan (SBN: 246277)<br>DLA PIPER LLP (US)<br>555 Mission Street, Suite 2400<br>San Francisco, CA 94105-2933<br>Telephone: +1.415.836.2500<br>Email: amanda.morgan@us.dlapiper.com<br><br>Attorneys for Defendant<br>MARRIOTT INTERNATIONAL, INC. | Michael R. Pinkston (SBN: 310971)<br>SEYFARTH SHAW LLP<br>560 Mission Street, Suite 3100<br>San Francisco, CA 94105<br>Telephone: +1.415.397.2823<br>Email: rpinkston@seyfarth.com<br><br>Attorney for Defendants<br>CCMH PROPERTIES II LLC and 2600 BISHOP DRIVE GROUND OWNER LP<br><br>Christopher Frey, *Pro Hac Vice*<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: +1.212.906.1200<br>Email: christopher.frey@lw.com<br><br>Regina R. Wang (SBN: 326262)<br>LATHAM & WATKINS LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>Telephone: +1.424.653.5500<br>Email: regina.wang@lw.com<br><br>Attorneys for Defendant<br>BRE NEWTON HOTELS PROPERTY OWNER LLC<br><br>Sara M. Turner, *Pro Hac Vice*<br>BAKER DONELSON<br>420 20th Street North, Suite 1400<br>Birmingham, AL 35209<br>Telephone: +1.205.250.8316<br>Email: smturner@bakerdonelson.com<br><br>Kai Peters (SBN: 198516)<br>GORDON REES SCULLY MANSUKHANI, LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: +1.415.986.5900<br>Email: kpeters@grsm.com<br><br>Attorneys for Defendant<br>CHOICE HOTELS INTERNATIONAL, INC. |

| | |
|---|---|
| Nicole M. Perry, *Pro Hac Vice* <br> JONES DAY <br> 717 Texas Street, Suite 3300 <br> Houston, TX  77002 <br> Telephone:  +1.832.239.3939 <br> Email:  nmperry@jonesday.com | Vincent A. Doctor (SBN: 319408) <br> JONES DAY <br> 1755 Embarcadero Road <br> Palo Alto, CA 94303 <br> Telephone:  +1.650.739.3939 <br> Email:  vdoctor@jonesday.com |
| Bethany K. Biesenthal, *Pro Hac Vice* <br> Allison L. McQueen, *Pro Hac Vice* <br> JONES DAY <br> 110 North Wacker Drive, Suite 4800 <br> Chicago, IL  60606 <br> Telephone:  +1.312.782.3939 <br> Email:  bbiesenthal@jonesday.com <br> Email: amcqueen@jonesday.com | Attorneys for Defendant <br> HILTON DOMESTIC OPERATING COMPANY INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| B.J., an individual, <br><br> *Plaintiff*, <br><br> G6 HOSPITALITY, LLC; TRAVEL INN ASSOCIATES, LP; KGPCO INC.; [collectively d/b/a STUDIO 6 CONCORD]; <br><br> MARRIOTT INTERNATIONAL, INC.; CCMH PROPERTIES II LLC; 2600 BISHOP DRIVE GROUND OWNER LP; [collectively d/b/a SAN RAMON MARRIOTT]; <br><br> MARRIOTT INTERNATIONAL, INC.; BRE NEWTON HOTELS PROPERTY OWNER LLC; 1512 W MISSION BLVD LLC; [collectively d/b/a RESIDENCE INN PLEASANT HILL CONCORD HOTEL]; <br><br> CHOICE HOTELS INTERNATIONAL, INC.; LEISURE HOTEL GROUP LLC; CLARION INN; [collectively d/b/a CLARION HOTEL CONCORD/WALNUT CREEK]; <br><br> HILTON WORLDWIDE HOLDINGS, INC.; HILTON DOMESTIC OPERATING COMPANY, INC.; L & L HOSPITALITY | **Case No. 3:22-cv-03765-MMC** <br><br> **[PROPOSED] ORDER ON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Case Management Conference <br> Date:      ~~October 7~~, 2022 <br> Time:      10:30 a.m. <br> Courtroom:      7 <br><br> Judge:    Hon. Maxine Chesney <br><br> Action Filed:    June 25, 2022 <br> Trial Date:      TBD |

HOLDINGS LLC; [collectively d/b/a HILTON CONCORD],

          *Defendants.*

The Court has considered the stipulation of the Plaintiff and the Defendants to continue the Case Management Conference in this action currently scheduled for October 7, 2022. Good cause appearing, the Court HEREBY ORDERS that:

The Case Management Conference is continued to ~~December 2, 2022~~ ^January 27, 2023 at 10:30 a.m. at the at the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building in Oakland, California. Counsel shall sign, serve, and file an ADR Certification no later than ~~November 11, 2022,~~ 21 days before the Case Management Conference.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/13/2022

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE