Brian J. Perkins (SBN 315870)
Angela J. Nehmens (SBN 309433)
William H. Cross (SBN 337801)
**LEVIN SIMES ABRAMS LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: bperkins@levinsimes.com
Email: anehmens@levinsimes.com
Email: wcross@levinsimes.com

*Attorneys for Plaintiff* B.J.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| B.J., <br><br> Plaintiff, <br><br> vs. <br><br> G6 HOSPITALITY, LLC, et al. <br><br> Defendants. | Case No.: 4:22-cv-03765-MMC <br><br> *Honorable Maxine M. Chesney* <br><br> [PROPOSED] **ORDER GRANTING PLAINTIFF'S MOTION TO SET ASIDE ENTRY OF DEFAULT AS TO DEFENDANT TRAVEL INN ASSOCIATES, LP, d/b/a STUDIO 6 CONCORD** <br><br> Courtroom: 7 |

Plaintiff, B.J., has requested that the Court set aside the entry of default as to defendant Travel Inn Associates LP, d/b/a Studio 6 Concord pursuant to Federal Rule of Civil Procedure 55(c). Having read and considered Plaintiff's Unopposed Motion to Set Aside Entry of Default as to Defendant Travel Inn Associates LP, d/b/a Studio 6 Concord, **IT IS HEREBY ORDERED** that the Clerk's Entry of Default as to Defendant Travel Inn Associates LP, d/b/a Studio 6 Concord is hereby SET ASIDE.

**IT IS SO ORDERED**.

Dated: 9/16/2022

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE