IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.J.,<br><br>    Plaintiff,<br><br>    v.<br><br>G6 HOSPITALITY, LLC, et al.,<br><br>    Defendants. | Case No. 22-cv-03765-MMC<br><br>**ORDER DENYING AS MOOT DEFENDANTS' MOTIONS TO DISMISS AND VACATING HEARINGS** |

    Before the Court are three motions, filed September 1, 2022, to dismiss plaintiff's initial complaint, brought on behalf of, respectively, Marriott International, Inc., Choice Hotels International, Inc., and Hilton Domestic Operating Company, Inc.  Defendant G6 Hospitality has joined in the motion filed by Hilton Domestic Operating Company.  On September 22, 2022, plaintiff filed an Amended Complaint ("September 22 filing").[1]

    A party may amend a pleading "once as a matter of course within . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."  See Fed. R. Civ. P. 15(a)(1).  "[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent." Bullen v. De Bretteville, 239 F.2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957); see also Falck Northern California Corp. v. Scott Griffith Collaborative Solutions, LLC, 25 F.4th 763, 765 (9th Cir. 2022) (holding filing of amended complaint "renders [initial complaint]

---

[1] On September 23, 2022, plaintiff substituted a corrected version of her September 22 filing.

without legal effect") (internal citation and quotation omitted)).

In the instant case, plaintiff filed her Amended Complaint within 21 days after service of defendants' motion to dismiss, and, consequently, was entitled to amend as of right.  See Fed. R. Civ. P. 15(a)(1).

Accordingly, defendants' motions to dismiss the initial complaint are hereby DENIED as moot, and the hearings scheduled for December 2, 2022 are hereby VACATED.

**IT IS SO ORDERED.**

Dated: 9/29/2022

MAXINE M. CHESNEY
United States District Judge