UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.J.,<br><br>   Plaintiff,<br><br> v.<br><br>MARRIOTT INTERNATIONAL, INC., et al.,<br><br>   Defendants. | Case No. 22-cv-03765-MMC (SK)<br><br>**ORDER REGARDING DISCOVERY DISPUTE**<br><br>Regarding Docket No. 237 |

The Court has reviewed Defendants' request for an alternative discovery dispute procedure in light of the difficulty in working with Plaintiff and Plaintiff's response thereto. The Court ORDERS as follows:   is ordered to respond to all outstanding discovery by December 31, 2024.

The Court will move the deadline for discovery. The parties are ordered to meet and confer to prepare a new plan for discovery. However, pursuant to the presiding judge's Order, the parties may not alter the dates for dispositive motions, final pretrial conference, or trial. (Dkt. No. 240.) By no later than December 18, 2024, the parties shall file their joint plan in a one-page document, or, if they cannot agree, their separate plans in a one-page document each.

**IT IS SO ORDERED**.

Dated: December 11, 2024

_____
SALLIE KIM
United States Magistrate Judge