UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.J.,<br><br>  Plaintiff,<br><br>  v.<br><br>MARRIOTT INTERNATIONAL, INC., et al.,<br><br>  Defendants. | Case No. 22-cv-03765-MMC  (SK)<br><br>**ORDER AWARDING ATTORNEY'S FEES FROM MOTION FOR SANCTIONS** |

In the Order granting in part and denying in part the motion by defendant Concord Inn and Suites, LP dba Studio 6 Concord ("Defendant") for sanctions, the Court held that pursuant to Federal Rule of Civil Procedure 37(c), Plaintiff shall pay Defendant's reasonable attorney's fees incurred in bringing its motion for sanctions, including filing its reply. Defendant submitted a declaration attesting that it incurred $4,273.50 in attorney's fees. (Dkt. No. 262.) Although provided an opportunity to do so, Plaintiff did not contest the reasonableness of these fees. Therefore, the Court HEREBY AWARDS Defendant $4,273.50 in attorney's fees to be paid by Plaintiff.

**IT IS SO ORDERED**.

Dated: March 28, 2025

SALLIE KIM
United States Magistrate Judge